IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF DONALD BAILEY )
)
) **Misc. No. 2:13-00433**
)
)

ORDER

AND NOW, to wit, this 11th day of December, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that the Office of Disciplinary Counsel of the Supreme Court of Pennsylvania is appointed as Disciplinary Counsel in this matter .

                    S/ Maurice B. Cohill, Jr.
                    Maurice B. Cohill, Jr.
                    Senior Judge, United States District Court
                    for the Western District of Pennsylvania