IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF DONALD BAILEY )
)
) Misc. No. 2:13-00433
)
)

ORDER

AND NOW, to wit, this 11th day of December, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that on or before January 6, 2014, the Office of Disciplinary Counsel of the Supreme Court of Pennsylvania shall file a copy of the record of disciplinary proceedings regarding Respondent Joseph Edward Hudak and shall respond to "Petitioner's Response to the Court's October 16, 2013 Rule to Show Cause/Hearing Demand" (Petitioner's Response") with a brief in support of its position. Donald Bailey may file a brief in opposition to the Office of Disciplinary Counsel's response no later than January 27, 2014.

              S/ Maurice B. Cohill, Jr.
              Maurice B. Cohill, Jr.
              Senior Judge, United States District Court
              for the Western District of Pennsylvania